UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In re: Raven J. Leflore　　　　　　　　　　　　　　　　　Case No.: 4:22-bk-13111
Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

### ORDER ON MOTION TO SHORTEN TIME TO OBJECT

**NOW BEFORE THE COURT** is the Motion to Shorten Time to Object to a Motion to Reinstate Case, filed by the Debtor, Raven J. Leflore, on March 10, 2023. This Court finds that the Motion should be, and hereby is, **GRANTED.** Accordingly, this Court orders that the time to object to Debtor's Motion to Reinstate Case is hereby shortened to seven (7) days. **Any objection to Debtor's Motion to Reinstate Case shall be filed with this Court on or before March 20, 2023.**

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Richard D. Taylor_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Honorable Richard D. Taylor**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date: March 13, 2023